**FILED**
December 06, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENYATTA ALEXANDER,<br><br>Defendant. | Case No. 2:22-mj-00162-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KENYATTA ALEXANDER , Case No. 2:22-mj-00162-AC  Charge 18 U.S.C. § 371, from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $ **$50,000 unsecured bond, cosigned by the defendant's fiancée, Mercedes Jones.**

_____   (Other):

Issued at Sacramento, California at  3:01 PM

Dated:  December 6, 2022

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE